1048

[Nos. 18629-6-III; 19507-4-III.   Division Three.   June 21, 2001.]

*In the Matter of the Marriage of* DIANE L. ROGERS, *Respondent*, and LODA W. ROGERS, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, No. 93-3-01156-1, James M. Murphy, J., entered July 7 and 21, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 19173-7-III.   Division Three.   June 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD KIESECKER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-1-00523-9, Evan E. Sperline, J., entered February 8, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 19209-1-III.   Division Three.   June 21, 2001.]

THE STATE OF WASHINGTON, *Petitioner*, v. ANTHONY L. SHIVERS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01026-5, Linda G. Tompkins, J., entered March 2, 2000. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 24813-1-II.   Division Two.   June 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BHAGWAN H. GULANI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-02108-0, Barbara D. Johnson, J., entered June 17, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.